UNITED STATES *v.* FIELD & Co. (No. 2521) [1]

CONSTRUCTION, PARAGRAPH 1405, TARIFF ACT OF 1922—FOOTWEAR—WOOLEN BOOTEES.

Paragraph 1405, Tariff Act of 1922, includes only such footwear as has a visible line of demarcation between the upper and the sole; and knit woolen bootees, having no defined soles, are excluded. *United States v. Kahn & Co.,* 13 Ct. Cust. Appls. 57, T. D. 40881.

United States Court of Customs Appeals, February 25, 1926

APPEAL from Board of United States General Appraisers, Abstracts 48245 and 48251

[Reversed.]

*William W. Hoppin* and *Charles D. Lawrence,* Assistant Attorneys General (*Fred J. Carter,* special attorney, of counsel), for the United States.

[Oral argument January 22, 1926, by Mr. Lawrence]

Before GRAHAM, Presiding Judge, and SMITH, BARBER, BLAND, and HATFIELD, Associate Judges

BLAND, Judge, delivered the opinion of the court:

The United States has appealed from the judgment of the Board of General Appraisers (Chas. P. McClelland, G. A., dissenting), which sustained protests of importers to the assessment by the collector of duty on woolen bootees at 50 per centum ad valorem and 45 cents per pound under paragraph 1114 of the act of 1922, and which holds them to be dutiable under paragraph 1405.

---

[1] T. D. 41431.

The merchandise consisted of woolen bootees wholly composed of wool yarn, knitted, and intended to cover the feet of infants. The bootees had no defined soles.

The merchandise and the issues, as we understand it, are identical with those passed upon by this court in the case of *United States* v. *Kahn & Co.*, 13 Ct. Cust. Appls. 57, T. D. 40881, wherein this court held paragraph 1405 covered "only such boots, shoes, and other footwear as were manufactured with uppers and soles, and that there should be on inspection some visible line of demarcation between such uppers and soles in each instance."

Under the authority of the above case the judgment of the Board of General Appraisers is *reversed*.